```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F05-0007--CV (RRB)
            "RICHARD F. REZNAK V DONALD H. RUMSFELD"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 02/04/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 02/04/05 receipt # 40101096
          Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   REZNAK, RICHARD F. | Richard Reznak<br>Pro Per<br>2652 Lisa Ann Drive<br>North Pole, AK 99705<br>907-490-9064 |
| DEF 1.1   RUMSFELD, DONALD H. | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F05-0007--CV (RRB)
              "RICHARD F. REZNAK V DONALD H. RUMSFELD"

                          For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/04/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 02/04/05 receipt # 40101096
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/04/05 | Complaint filed. |
| NOTE - 1 | 02/07/05 | Notation: Summons issued for Headquarters AAFES only. |
| 2 - 1 | 02/18/05 | PLF 1 Return of Service Executed on Headquarters AAFES by certified mail return receipt dated 2-10-05. |
| 3 - 1 | 03/15/05 | RRB Order directing service of summons and complaint re: Fed R Civ P 4. cc: cnsl |
| NOTE - 2 | 04/08/05 | Issued: Summons. Original and serive copies to plaintiff for service. |
| 4 - 1 | 04/29/05 | Return of summons executed on 04/18/05 to Alberto Gonzales, Atty General of the United States Main Justice Building by certified mail. |
| 5 - 1 | 04/29/05 | Return of summons executed on 04/12/05 to Timothy Burgess, United State Atty, by certified mail. |
| 6 - 1 | 04/29/05 | Return of summons executed on 04/18/05 to Donald Rumsfeld, Secretary of Defense, by certified mail. |
| 7 - 1 | 06/13/05 | DEF 1 Answer to Complaint. |
| 8 - 1 | 06/15/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this order. cc: cnsl |
| 9 - 1 | 07/15/05 | DEF 1 Report re: status and planning conference of 7-13-05. |
| 10 - 1 | 07/18/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/30/06; Dispositive motions deadline 02/28/06; Estimate of trial 2 days; TBJ. cc: cnsl |