DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>Defendant. | Case No. 4:05-cv-7-RRB<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY**<br><br>Filed on Shortened Time |

The parties hereto, through counsel, stipulate and agree that the pretrial and discovery deadlines set forth in the Scheduling and Planning Order [Docket 10], shall be extended by sixty (60) days.

The purpose of the extension is to allow time for more meaningful factual discovery to support the allegations of both liability and damages. Neither party is seeking the extension for the purposes of harassment or delay.

Respectfully Submitted this 27th day of January, 2006.

*[signature]*

DANIEL R. COOPER, JR.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail:
AK #8211109

*[signature]*

RICHARD REZNAK, PRO-SE

**CERTIFICATE OF SERVICE**

I hereby certify that on __Jan. 27__, 2006, a copy of the foregoing STIPULATION FOR EXTENSION OF DISCOVERY was served on

Richard F. Reznak
2652 Lisa Ann Drive
North Pole, AK 99705

by electronic mail.

s/ Daniel R. Cooper, Jr.

Reznak v Rumsfeld                            -2-
4:05-cv-7-RRB