IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>       Plaintiff,<br><br>       v.<br><br>DONALD H. RUMSFELD,<br><br>       Defendant. | Case No. 4:05-cv-7-RRB<br><br>**[PROPOSED] ORDER FOR EXTENSION OF DISCOVERY** |

Based upon the stipulation of the parties, and sufficient reason being shown, it is ordered that the discovery deadlines set forth in the Scheduling and Planning Order shall be extended by sixty (60) days.

_____                    _____
      (DATE)                                            HONORABLE RALPH R. BEISTLINE
                                                                     United States District Court Judge