UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD REZNAK   v.   DONALD H. RUMSFELD

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                CASE NO.  4:05-CV-00007-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 16, 2006

      This Court's Order at Docket 13, extended the deadline for Discovery for 60 days, to March 31, 2006.  Additional deadlines are extended 60 days as follows:

      All motions under the discovery rules must be filed on of before April 28, 2006.  Dispositive motions and motions <u>in limine</u> must be filed April 28, 2006

[]{IA.WPD*Rev.12/96}