Richard F. Reznak  
P. O. Box 55129  
North Pole  
Alaska 99705  

February 16, 2006

TO: Mr. Daniel R. Cooper  
    Assistant U.S. Attorney  
    Federal Building & U.S. Court House  
    222 West Seventh Avenue # 9, Rm . 253  
    Anchorage , Alaska 99513- 7567  

*RECEIVED US ATTORNEY OFFICE 2006 FEB 23 AM 10: 14*

Case No. F05-0007 CV RRB

Discovery

Dear Mr. Cooper,

  In accordance with the rules of Discovery, please provide answers and produce documents to satisfy the following discovery request :

1. Explain why the following retail positions were not applied to the RIF Roster :

| | |
|---|---|
| Main Store Manager Fort Wainwright | Grade 4 / 2 |
| Main Store Manager Eielson A. F. B | Grade 4 / 2 |
| Sales & Merchandise Manager Eielson A. F. B | Grade 4 / 1 |
| Sales & Merchandise Manager Fort Wainwright | Grade 4 / 1 |
| Operations Manager Fort Wainwright | Grade 4 / 1 |
| Operations Manager Eielson A. F. B | Grade 4 / 1 |

2. Explain why Mrs. Espsoito / House the AAFES Human Resource Manager for Alaska stated that a RIF roster was accomplished in accordance with AAFES regulations .

3. Was the assertion by Mrs. Esposito / House on the Advance Notice of Demotion due to Reduction in Force letter that a RIF Roster was in fact prepared, reviewed and approved by a higher authority ? If not, how did this critical personnel action go unchecked ?

- 1 -

EXHIBIT 1

4. The 4 / 2 position at Eielson A. F. B. was occupied by a female employee with half my retail experience and years of employment. The employee mentioned in this position rapidly advanced and was promoted up through the ranks by Mrs. Esposito / House and Mrs. Burmingham the Area Manager. If a RIF Roster was accomplished based on retention scores and seniority would I have logically been offered that position instead of a demotion or a RIF retirement ? I request the RIF scenario be completely and correctly reconstructed as a direct means of comparison.

5. All regulations considered , would it be fair to access that Mrs. Esposito / House 's choice not to produce a RIF roster be considered discrimination against myself and other employees ?

6. With regard to a statute of limitations , for each day that goes by where my pay and retirement status is incorrect , a new action arises and continues to extend itself. AAFES has failed to address a serious matter and elevate it to the proper authorities without delay. AAFES simply needs to participate in the administrative remedy process and stop trying to use what they are remise in as an argument against me.

7. My complaint obviously could have been resolved long ago but for the lack of proper investigation and inaction by the Defendant. I highly recommend that the trend of down grading my performance without any counseling records to support those actions , be fully addressed and also carefully reconsidered.

*Richard F. Reznak*

Richard F. Reznak