Richard F. Reznak  
P.O. Box 55129  
North Pole  
Alaska 99705

2006 MAR 22 AM 9: 42   March 20, 2006

RECEIVED  
US ATTORNEY OFFICE

To : Mr. Daniel R. Cooper  
     Assistant U.S. Attorney  
     Federal Building & U.S. Court House  
     222 West Seventh Avenue # 9 Rm. 253  
     Anchorage, Alaska 99513 - 7567

                                   Case No. F05-0007 CV RRB  
                      Discovery

Dear Mr. Cooper,

  In accordance with the rules of Discovery, please provide answers and produce documents to satisfy the following discovery request.

1. I am providing a graphic chart I prepared to enable you to make an accurate comparison of my Direct Operating Results in relation to my Performance Evaluation Reports. It was stated in the Advance Notice Letter of Demotion due to Reduction - in - Force, paragraph 3, that my position would be abolished based on high personnel cost. I would like an explanation from AAFES why my record high Direct Operating Profit directly conflicts with what was alleged. The statement really is a gross misrepresentation of fact. Personnel costs and productivity was excellent at both my Fort Wainwright and Eielson Service Stations which was one of my strong attributes. One can easily verify my point by looking at my evaluations. Please See graph attached at Exhibit 1.

2. I have reviewed the 1,600 pages plus of my career history that was provided to both of us by AAFES. The records affirm that I participated in Federally protected programs which include both the EEO complaint program and the PER Evaluation Rebuttal process. I find without any exception, that every administrative action taken against me during the period preceding my compliant, was based on Reprisal. I would like AAFES to produce a copy of my official employee counseling card records which were omitted from the Discovery package.

- 1 -

EXHIBIT 2

3. I would like to know why AAFES denied my request to return back to the Continental United States upon my retirement ? I transferred to Alaska on a PCS Transportation Agreement. I fulfilled my obligation. I was abandoned by AAFES in a land far from my official home of record which is Magnolia, Delaware. After 25 years of loyal service should I not be entitled reimbursement for the expense and losses I incurred resulting from this administrative error ? I have recently sold my home and most material assets to enable me to pay bills and move back to my home from Alaska.

4. I have provided this additional Discovery request because it adds relevance and meaning to our quest for justice. I will proof read my my Deposition taken on February 16, 2006 on March 21, 2006 by the Liz D' Amour & Associates, Inc. I have been advised it is about 190 pages long so it may take a day or two. If you have questions on any of the content in this letter please contact me as soon as possible. I will be flying out of state on private business April 6, 2006 through May 1, 2006 and will be unavailable during that period. Please incorporate these dates into our schedule so there is no confusion.

Sincerely ,

*[signature]*

Richard F . Reznak



## Sales to Evaluation Comparison
## 1995 - 2000

|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| DOP | 236,540 | 395,016 | 442,156 | 411,809 | 415,914 | 492,451 |
| LABOR | 246,003 | 246,000 | 288,917 | 327,841 | 374,134 | 369,946 |