

Employee Self Service | Resource Guide | HR Home | home.aafe

## Retirement Calculator

**?**     **INVOLUNTARY EARLY RETIREMENT FOR NON-EMP EMPLOYEE**

**NAME:** RICHARD F REZNAK     **SSN:** 218604483     **PREPARED ON:** 16 April 2001

### CREDITED YEARS OF SERVICE

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: | 12 APR 1954 | AAFES: | 25.5994624 | | V/L BAL: | 044.7 |
| RETIRE PART. DATE: | 26 SEP 1975 | MILITARY: | 0.000 | | BASE HOURLY RATE: | $26.50 |
| SEPARATION DATE: | 30 APR 2001 | COMP. SICK LV: | 0.017 | | VACATION PAYOFF: | $1,184.55 |
| ANNUITY START DATE: | 01 MAY 2001 | TOTAL SERVICE: | 25.616 | | SICK LEAVE HOURS: | 0034.5 |
| AGE AT ANN. START DT: | 47.05 | HIGH THREE END DATE: | 30 APR 2001 | | | |

| EFFECTIVE DATE | ANNUAL RATE | NBR OF DAYS | SALARY FOR PERIOD | | | |
|---|---|---|---|---|---|---|
| 06 JAN 2001 | $55,306.00 | 0115 | $17,425.18 | SOCIAL SECURITY AWARD ESTIMATE: | | $13,620.00 |
| 08 JUL 2000 | $53,865.00 | 0182 | $26,858.71 | BASIC ANNUITY W/O REDUCTIONS: | | $24,568.59 |
| 08 JAN 2000 | $52,801.00 | 0182 | $26,328.17 | REDUCTS TO BASIC ANNUITY: | | |
| 10 JUL 1999 | $50,881.00 | 0182 | $25,370.80 |    AGE/SVC OFFSET REDUCTION: | | $3,904.56 |
| 09 JAN 1999 | $49,879.00 | 0182 | $24,871.17 | BASIC ANNUITY (BEFORE 62) | | $20,664.03 |
| 11 JUL 1998 | $48,398.00 | 0182 | $24,132.70 |    SOCIAL SECURITY OFFSET REDUCTION: | | $8,722.25 |
| 10 JAN 1998 | $47,229.00 | 0070 | $9,057.62 | BASIC ANNUITY (AFTER 62) | | $11,941.78 |

TOTAL ACCUMULATED SALARY & V/L PAYOFF     $155,228.90
HIGH-3 AVERAGE SALARY     $51,742.96

**FINAL AAFES RETIREMENT ANNUITY INCOME:**

| | MONTHLY | ANNUAL |
|---|---|---|
| ANNUITY PRIOR TO AGE 62: | $1,722.00 | $20,664.00 |
| ANNUITY AFTER AGE 62: | $995.15 | $11,941.80 |

***THIS IS ONLY AN ESTIMATE...YOUR ACTUAL ANNUITY MAY VARY***

Date: 2-16-06    Exhibit: 4
Witness: Reznak
Marci L. Lynch, Court Reporter
Liz D'Amour & Associates, Inc.
(907) 452-3678

https://timon.aafes.com/self-service/retireResult.asp     4/16/01

EXHIBIT D