IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD H. RUMSFELD,<br><br>        Defendant. | Case 4:05-cv-0007-RRB<br><br>**ORDER DENYING MOTION TO<br>COMPEL DISCOVERY** |

      Before the Court is Plaintiff Richard F. Reznak with a Motion to Compel (Docket 15).  Plaintiff argues that Defendant's claim to have insufficient information to identify with his claim is not in full cooperation of his discovery request.  Docket 15 at 1.  Plaintiff further argues that Defendant's assertions and denials, outlined in the reply to his discovery request, are untactful and unacceptable.  Id.  Defendant Donald H. Rumsfeld opposes at Docket 16 and argues that Plaintiff has failed to: (1) certify any attempts to confer on the discovery issue; and (2) identify with specificity the answers and productions which he believes are incomplete or deficient.  Defendant further argues that no response is required to be made to Plaintiff's Discovery

Request, dated March 20, 2006, because the request is not timely. Docket 16 at 5.  The Court agrees on all accounts.

Based upon the aforesaid, and for additional reasons more carefully articulated in Defendant's Opposition to Motion to Compel Discovery (Docket 16), Plaintiff's Motion to Compel (Docket 15) is hereby **DENIED**.  This matter shall proceed forward in due course.

ENTERED this 10th day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE