**Richard F. Reznak**  
**P.O. Box 55129**  
**North Pole , Alaska**  
**Zip 99705**  
**Plaintiff,**

May 31, 2006

**Case No. F 05-0007 RRB**  
**Motion for Oral Argument**

RECEIVED  
MAY 3 1 2006  
CLERK, U.S. DISTRICT COURT  
FAIRBANKS, ALASKA

vs

**Donald H. Rumsfeld**  
**Secretary of Defense , in capacity as head of**  
**The Army and Air Force Exchange Service**

**In The United States District Court**  
**For The District of Alaska**

**The Plaintiff files a Motion for Oral Argument based clearly on a necessity to represent himself to the court in person. The Plaintiff is seeking the honorable advise and wisdom of the court . Respectfully submitted for approval and scheduling .**

*/s/ Richard F. Reznak/*

**Richard F. Reznak**  
**Plaintiff , Pro-Se**