Richard F. Reznak
P.O. Box 55129
North Pole , Alaska
Zip 99705
Plaintiff,

May  31, 2006

Case No. F 05-0007 RRB
Motion  to  Respond  to Governments
Reply dated  May 22, 2006. Received
By the  Plaintiff May 30, 2006.

RECEIVED
MAY 3 1 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

vs

Donald H. Rumsfeld
Secretary of Defense , in capacity as head of
The  Army and Air Force Exchange Service .

In The United States District Court
For The District of Alaska.

    The  Plaintiff requests the courts permission  to respond directly  to the  Governments  reply . The Plaintiff  will provide  the Defendant with additional material  fact  and  affidavits. This  request  is  respectfully submitted  for the courts approval and scheduling .

*[signature]*

Richard F. Reznak
Plaintiff , Pro-Se