UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REZNAK   v.   RUMSFELD

DATE:   June 5, 2006      CASE NO.   4:05-CV-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

Pursuant to Plaintiff's request, oral argument (40 minutes) will be held on **Friday, June 30, 2006, at 9:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING