DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD H. RUMSFELD,<br><br>    Defendant. | Case No. 4:05-cv-00007-RRB<br><br>**MOTION TO PARTICIPATE IN ORAL ARGUMENT TELEPHONICALLY** |

United States, through counsel, moves this Court, pursuant to Local Rule 7.3(a), for leave to permit Assistant United States Attorney Daniel R. Cooper, Jr. to participate telephonically in the oral argument that is scheduled for June 30, 2006, at 9:30 a.m.  Defendant seeks to avoid the expense of counsel flying to

Fairbanks.  Mr. Cooper's telephonic participation should cause no prejudice to the Plaintiff in this case.

Respectfully submitted on June 13, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2006,
a copy of the foregoing MOTION TO
PARTICIPATE IN ORAL ARGUMENT
TELEPHONICALLY was served on

Richard F. Reznak
P O Box 55129
North Pole, AK 99705-0129

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.

Reznak v. Rumsfeld
4:05-cv-7-RRB                                   -2-