IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>      Defendant. | Case No. 4:05-cv-7-RRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PARTICIPATE IN ORAL ARGUMENT TELEPHONICALLY** |

Based upon the Motion to Participate in Oral Argument Telephonically filed on behalf of the Defendant, and sufficient reason being shown, it is ordered that counsel for the Defendant shall participate in the oral argument set for June 30, 2006, at 9:30 a.m. by telephone.

_____
    (DATE)

_____
HONORABLE RALPH R. BEISTLINE
United States District Court Judge