UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REZNAK   v.   RUMSFELD

DATE:   June 13, 2006    CASE NO.    4:05-CV-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**GRANTING TELEPHONIC PARTICIPATION**

---

The Government's Motion to Participate in Oral Argument Telephonically (Docket 25) is **GRANTED**. Counsel for Defendant my attend by calling Meet-Me-Bridge A at 677-6246.

M.O. GRANTING TELEPHONIC PARTICIPATION