**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 REZNAK  v.  RUMSFELD

DATE:   June 27, 2006   CASE NO.   4:05-CV-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **RESCHEDULING ORAL ARGUMENT**

_____

        Due to a calendaring conflict, oral argument scheduled in

this matter for June 30, 2006, is **RESCHEDULED** and will be held on

**Friday, July 14, 2006, at 9:30 a.m.**, in Courtroom 1 in Fairbanks,

Alaska.

        Telephonic attendance can be arranged by contacting

Carolyn Bollman at 907-451-5791.

M.O. RESCHEDULING ORAL ARGUMENT