UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REZNAK   v.   RUMSFELD

DATE: July 3, 2006      CASE NO.  4:05-CV-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING REQUEST**

Plaintiff's request at Docket 23 to respond to Defendant's reply brief is hereby **GRANTED.**

M.O. GRANTING REQUEST