**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 REZNAK  v.  RUMSFELD 

DATE:    August 1, 2006       CASE NO.    4:05-CV-0007-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
RE RECONSIDERATION**

---

        The Court is in receipt of Plaintiff's Motion for Reconsideration filed at Docket 33. Pursuant to D. Ak. LR 59.1(d), Defendant has until the close of business on **Friday, August 11, 2006,** in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

ORDER RE RECONSIDERATION