DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD F. REZNAK,<br><br>          Plaintiff,<br><br>     v.<br><br>DONALD H. RUMSFELD,<br><br>          Defendant. | Case No. 4:05-cv-7-RRB<br><br>**OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

      Mr. Reznak filed a Motion for Reconsideration of the court's Order granting summary judgment.  At Docket 34, the court ordered the defendant to file his response, if any, by August 11, 2006.  This is the defendant's response to the motion for reconsideration.

Mr. Reznak urges the court to reconsider the Order granting summary judgment in favor of the defendant, arguing that the court has misapprehended the nature of his complaint.  Mr. Reznak's arguments are founded on his sense that the letter attached as Exhibit 1 to his Motion for Reconsideration is a new contract, that the contract was based on a fraudulent misrepresentation, that he accepted the contract, and that the contract was breached.  Mr. Reznak's Motion for Reconsideration should be denied because this issue was addressed by the court in the Order granting Summary Judgment, and because the defendant is entitled to judgment as a matter of law.

The court addressed Mr. Reznak's contract claims in the Order Granting Motion to Dismiss or for Summary Judgment where the court stated:

> However, even if the statute of limitation found in 28 U.S.C. § 2401 were applicable, as argued by Plaintiff, his Complaint (Docket 1) must still be dismissed, as a matter of law, because he failed to exhaust his administrative remedies.[1]

Mr. Reznak has not argued any new law, nor has he put forth any newly discovered evidence, to support a conclusion different than the conclusion reached by the court in the Order at Docket 32.  The court also noted in the Order that "...[E]ven if Mrs. Esposito misrepresented the amount of money Plaintiff would

---

[1] Order at Docket 32, p. 2.

receive upon retirement, ... she cannot bind the government."[2]  In this conclusion, the court is correct.

It is well established that federal employees, including AAFES employees, do not have contractual relationships with the government, barring an explicit agreement to the contrary executed by a federal officer who has authority to contract.[3]  "The regulations governing the AAFES, state that ordinary employees are deemed employees of an instrumentality of the United States, and hold their positions by appointment."[4]  In order to plead an allegation of an express or implied employment contract with AAFES, a plaintiff must allege facts going to each element of a contract.[5]

Mr. Reznak has not only pleaded sufficient facts to create an express or implied employment contract with the United States, he has failed to produce any evidence that he had such a contract.  The letter upon which he relies is not enough.  Moreover, he has failed to allege or prove that Mrs. Esposito had

---

[2]  Order at Docket 32, p. 3.

[3]  <u>Darden v. United States</u>, 18 Cl.Ct. 855 (1989)(citations omitted).

[4]  <u>U.S. v. Hopkins</u>, 427 U.S. 123 at 127 (1976).

[5]  <u>De Archibold v. United States</u>, 57 Fed. Cl. 29 (2003).

authority to contract for the United States. The court has correctly noted that the failure of this element is sufficient to defeat his contract claim.

Based on the forgoing, Mr. Reznak's Motion for Reconsideration should be denied. The defendant respectfully requests that the court enter an order denying the Motion For Reconsideration, and enter a final judgment in this case.

Respectfully submitted, on August 11, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Daniel R. Cooper, Jr.
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-2344
        E-mail: Daniel.Cooper@usdoj.gov
        AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, a copy of the foregoing OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION was served on

Richard F. Reznak
P O Box 55129
North Pole, AK 99705-0129

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.