

Ft. Wainwright Exchange
P.O. Box 35029
Ft. Wainwright, AK 99703

FEW-GM                                                                   13 April 2001

SUBJECT: Advance Notice of Demotion due to Reduction-in-Force


Mr. Richard Reznak
Store Manager (BR/GAS)
Fort Wainwright Service Station
Fort Wainwright, AK


1. References:

    a. Chapters 3, 6 and 12, EOP 15-10, Managing Human Resources
    b. OMFC 9181-005, dated 6 April 2001.

2. This is to notify you that due to a reduction-in-force (RIF, I propose to downgrade you from the position of Store Manager (BR/Gas), PB4/2, $26.50, RFT, 9181-1303, Ft., Wainwright Exchange, to the position of Store Manager (BR/GAS), PB3/2 $26.50, RFT, 9181-1303, Fort Wainwright Exchange, to be effective no earlier than 30 calendar days from your receipt of this advance notice.

3. The basis for this demotion is the abolishment of your position due to high personnel costs at the Fort Wainwright Service Station and the need to reduce positions no longer needed. Since there are no vacant positions or positions filled by probationary associates at your current grade of PB4/2 for which you are qualified, the only option is to propose this non-disciplinary action.

4. You were identified for this proposed action on the basis of your retention score on a reduction-in-force roster, which was prepared and executed in accordance with the above references.

5. Based on your age and years of service, you are eligible for an Involuntary Early Retirement and may choose this option in lieu of downgrade. Attached is a retirement annuity estimate. Should you choose to retire, submit your request within the reply period prescribed in paragraph 8 below. This action is voluntary and not subject to appeal.

6. You have been in a position for at least one continuous year where the grade or rate of pay is higher than the highest level of the position to which you are being downgraded. Therefore, you are eligible for salary retention, not to exceed two years and not to exceed 150% of the maximum scheduled rate of pay authorized for the position you are being downgraded to. You are entitled to 100% of any pay adjustments resulting from revised salary or wage schedules for the new position that occur after the downgrade.

7. You may reply to this advance notice either orally and/or in writing and may submit affidavits or other documents in support of your reply. You have the right to representation, at your expense, to prepare and/or present your reply. Your oral response, should you choose to make one, will be summarized in a memorandum which you and I will both sign.

EXHIBIT 1

8. Your reply must be filed within 15 calendar days of your receipt of this notice of proposed action. If your written reply is mailed, it must be postmarked within the authorized 15-calendar day period. Upon your request and for good cause shown, I may extend the reply period up to additional 15 calendar days, not to exceed a total period of 30 calendar days from the date you receive this advance notice. Any reply received within the authorized reply period will be given full consideration before a final decision is made. I will make a written, final decision within 15 calendar days of my receipt of your reply; or if no reply is received within the authorized reply period, my written final decision will be made within 15 calendar days following expiration of the authorized reply period.

9. Request you acknowledge receipt of this letter by signing and dating in the space provided on the attached copy and returning it to this office.

TERESA GENTRY
General Manager
Fort Wainwright Exchange

I acknowledge receipt:

_____      APRIL 16, 2001
Signature                     Date



Employee Self Service | Resource Guide | HR Home | home aafe

**Employee Self Service**
**Retirement Calculator**

**?  INVOLUNTARY EARLY RETIREMENT FOR NON-EMP EMPLOYEE** ✓

**NAME: RICHARD F REZNAK**     **SSN: 218604483**     **PREPARED ON: 16 April 2001**

### CREDITED YEARS OF SERVICE

| | | | | | |
|---|---|---|---|---|---|
| DATE OF BIRTH: | 12 APR 1954 | AAFES: | 25.5994624 | V/L BAL: | 044.7 |
| RETIRE PART. DATE: | 26 SEP 1975 | MILITARY: | 0.000 | BASE HOURLY RATE: | $26.50 |
| SEPARATION DATE: | 30 APR 2001 | COMP. SICK LV: | 0.017 | VACATION PAYOFF: | $1,184.55 |
| ANNUITY START DATE: | 01 MAY 2001 | TOTAL SERVICE: | 25.616 | SICK LEAVE HOURS: | 0034.5 |
| AGE AT ANN. START DT: | 47.05 | HIGH THREE END DATE: 30 APR 2001 | | | |

| EFFECTIVE DATE | ANNUAL RATE | NBR OF DAYS | SALARY FOR PERIOD | | |
|---|---|---|---|---|---|
| 06 JAN 2001 | $55,306.00 | 0115 | $17,425.18 | SOCIAL SECURITY AWARD ESTIMATE: | $13,620.00 |
| 08 JUL 2000 | $53,865.00 | 0182 | $26,858.71 | BASIC ANNUITY W/O REDUCTIONS: | $24,568.59 |
| 08 JAN 2000 | $52,801.00 | 0182 | $26,328.17 | REDUCTS TO BASIC ANNUITY: | |
| 10 JUL 1999 | $50,881.00 | 0182 | $25,370.80 | AGE/SVC OFFSET REDUCTION: | $3,904.56 |
| 09 JAN 1999 | $49,879.00 | 0182 | $24,871.17 | BASIC ANNUITY (BEFORE 62) | $20,664.03 |
| 11 JUL 1998 | $48,398.00 | 0182 | $24,132.70 | SOCIAL SECURITY OFFSET REDUCTION: | $8,722.25 |
| 10 JAN 1998 | $47,229.00 | 0070 | $9,057.62 | BASIC ANNUITY (AFTER 62) | $11,941.78 |

TOTAL ACCUMULATED SALARY & V/L PAYOFF     $155,228.90
HIGH-3 AVERAGE SALARY                      $51,742.96

**FINAL AAFES RETIREMENT ANNUITY INCOME:**

| | MONTHLY | ANNUAL |
|---|---|---|
| ANNUITY PRIOR TO AGE 62: | $1,722.00 | $20,664.00 |
| ANNUITY AFTER AGE 62: | $995.15 | $11,941.80 |

***THIS IS ONLY AN ESTIMATE...YOUR ACTUAL ANNUITY MAY VARY***

https://timon.aafes.com/self-service/retireResult.asp                            4/16/01