12-23. When an employee is removed from a temporary promotion in conjunction with a temporary assignment and returned to his/her permanent job, return the employee to his/her former rate of pay, and reapply any pay adjustments and annual performance increases received during the temporary promotion.

**NOTE: Temporary promotions can also be used to accommodate training assignments.**

## Demotion Due to Unsatisfactory Performance

12-24. Employees reassigned to a position in a lower band or from a position in the HDR level to a position in the LDR level of the same band due to unsatisfactory performance will be placed at the minimum rate of the band or level to which reassigned.

## Voluntary Demotion

12-25. An employee who requests a voluntary reassignment from an LDR position in one band to an HDR position in the next lower band or from an HDR position to an LDR position in the same band will be placed in the position with an 8% decrease in pay or at the minimum rate of the position, whichever decrease is less. If an 8% decrease in the employee's rate of pay exceeds the maximum rate of the lower band, place the employee at the maximum rate of the band. This decrease in pay also applies to demotions that occur as the result of a request for compassionate transfer.

12-26. Decreases in pay resulting from voluntary demotions will exceed 8% when the demotion involves placement in a job with a decrease of more than one level of responsibility. For example, an employee who requests a voluntary reassignment from an HDR position in one band to an HDR position in the next lower band, or from an LDR position in one band to an LDR position in the next lower band, will be placed in the position with a 16% decrease in pay or at the minimum rate of the band/level, whichever decrease is less. A voluntary demotion from an LDR position in one band to an HDR position two bands lower (e.g., Band 5(1) to Band 3(2)) would result in a 24% decrease in pay or to the minimum rate of the band/level, whichever decrease is less.

## Involuntary Demotion

12-27. When an employee is involuntarily reassigned to a position in a lower band due to RIF, reallocation or reclassification, the employee will be placed in the position at his/her current rate of pay. If the maximum rate of pay for the band is less than the employee's rate of pay and the employee meets the criteria for pay retention, he/she will be placed on pay retention in accordance with the policies and procedures for pay retention. If the employee is not eligible for pay retention, he/she will be placed at the maximum rate of pay for the band. These involuntary demotions from one band to a lower band require advance and final notices and the employee may appeal the final decision under the provisions of Chapter 6 of this EOP, or through the negotiated grievance procedure, as appropriate.

12-28. If within one year of the effective date of the demotion the employee is returned to the band from which demoted, it is not a promotion and there will be no change in the employee's base hourly rate.

12-29. If the employee is returned to the band from which demoted after one year, the action will be treated as a promotion.

## Reinstatement ✓

12-30. When a former PBP employee is reinstated, place the employee at an appropriate rate of pay, with consideration given to the employee's former band and rate of pay.

## PBP Position Classification

12-31. PBP positions are classified according to criteria outlined in the DoD NAF Payband System in DoD 1401.1-M, Personnel Policy Manual for Nonappropriated Fund Instrumentalities. AAFES-HR-L is responsible for maintaining classification standards and job descriptions in support of Performance-Based Pay.

EXHIBIT 2