# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 RICHARD F. REZNAK   v.   DONALD H. RUMSFELD 

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.  4:05-CV-0007-RRB 

 John W. Erickson, Jr.                        DATE: August 18, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

      For reasons more carefully articulated in the Court's Order Granting Motion to Dismiss or for Summary Judgment (Docket No. 32) and Defendant's Opposition to Plaintiff's Motion for Reconsideration (Docket No. 35), Plaintiff's Motion for Reconsideration at **Docket No. 33** is hereby **DENIED**.[1]  Inasmuch as this matter is now closed, a final judgment shall enter.

---

[1]  The Court notes it considered Plaintiff's Supplement of Additional Facts on Plaintiff's Motion for Reconsideration Order Granting Motion to Dismiss or for Summary Judgment (Docket No. 36), as well as Plaintiff's Amended Supplement of Facts on Plaintiff's Motion for Reconsideration Order Granting Motion to Dismiss or for Summary Judgement (Docket No. 37), in reaching the conclusion contained herein.