UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD F. REZNAK
      Plaintiff,

v.

                              Case Number 4:05-cv-00007-RRB

DONALD RUMSFELD,
      Defendant.           **JUDGMENT IN A CIVIL CASE**

_\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Donald Rumsfeld recover of plaintiff Richard Reznak defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of \_\_\_\_\_% as provided by law.

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: July 26, 2006

                                        RALPH R. BEISTLINE
                                        U. S. District Judge

[Jmt1-with fees and costs-revised 1-30-06]